UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KAREN JONES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2437** |
| **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "I" (3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, , and the objection[1] by plaintiff, Karen Jones, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 5th day April, 2013.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff previously objected that she did not receive a copy of the report and recommendation as it was sent to the wrong address. This Court subsequently re-mailed the report and recommendation to the address provided by plaintiff. Plaintiff failed to respond.