UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN JONES                                                    CIVIL ACTION

VERSUS                                                         NO.  12-2437

MICHAEL J. ASTRUE,                                             SECTION "I" (3)
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, , and the objection[1] by plaintiff, Karen Jones, which

is hereby **OVERRULED**, approves the Magistrate Judge's Findings and

Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITH

PREJUDICE for failure to prosecute.

New Orleans, Louisiana, this 5th day April, 2013.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff previously objected that she did not receive a copy of the report and recommendation as it was sent to the wrong address.  This Court subsequently re-mailed the report and recommendation to the address provided by plaintiff.  Plaintiff failed to respond.